JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE SCREENMOBILE CORPORATION, a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER JOY, an Individual,<br><br>Defendant. | CASE NO. 2:24cv04745 DDP (BFMx)<br>*Hon. Dean D. Pregerson*<br><br>JUDGMENT AND PERMANENT INJUNCTION |

**JUDGMENT IS HEREBY ORDERED AND DECREED AS FOLLOWS:**

The Court having previously entered a default, and having considered The Screenmobile Corporation's ("Screenmobile") Application for Entry of Default Judgment and Order for Permanent Injunction against Defendant Christoper Joy ("Defendant"), a judgment and permanent injunction is entered as follows:

### MONETARY JUDGMENT

1. Screenmobile's Application for Entry of Default Judgment and Permanent Injunction against Defendant is granted.

2. Judgment is hereby ordered against Defendant and in favor of Screenmobile in the following amounts:

    a. Damages in the amount of $18,058.10;

    b. Prejudgment interest of $243.88;

    c. Attorneys' fees of $6,792.48; and

    d. Costs in the amount of $591.90.

## PERMANENT INJUNCTION

3. Defendant, his agents, servants, employees, and all persons acting under, in concert with or for him, are immediately enjoined from:

    a. Using Screenmobile's intellectual property, including all Screenmobile Marks, trade names, and trade dress;[1]

    b. Using any signs, names, fictitious business names, marks, logos, advertisements, and other items and/or materials that are confusingly similar to the Screenmobile Marks and/or the Screenmobile's trade dress; and

    c. Using all Screenmobile manuals and other materials provided to Defendant as part of his relationship with Screenmobile.

## SPECIFIC PERFORMANCE

4. Defendant must immediately:

    a. Transfer ownership of the telephone number (818) 430-8051 to Screenmobile as required by Section 16 of the parties' Franchise Agreement;

    b. Transfer to Screenmobile or otherwise take down all social media accounts used in the operation of Defendant's former Screenmobile

---

[1] Registered on the Principal Register of the United States Patent and Trademark Office as registration numbers 1333648, 6067481, 4532124, 2986523, 3463890, 3124420, and 3118234 (collectively, the "Screenmobile Marks").

business as required by Section 16 of the parties' Franchise Agreement, including the following:

- LinkedIn: https://www.linkedin.com/in/christopher-joy-66358838/
- Nextdoor: https://nextdoor.com/pages/screenmobile-palmdale-ca-1/
- Facebook: https://www.facebook.com/screenmobileofpalmdale/
- Instagram: https://www.instagram.com/av_mobile_screens/
- Alignable: https://www.alignable.com/lancaster-ca/screenmobile-of-palmdale
- Yelp: https://www.yelp.com/biz/screenmobile-lancaster-3

c. Cancel all fictitious or assumed name or equivalent registrations relating to Defendant's former Screenmobile business;

d. Provide all Screenmobile manuals and other materials, including copies thereof, provided to Defendant by Screenmobile as part of their franchise relationship to counsel for Screenmobile; and

e. Assign and transfer title to the trailers (License Plate Nos. 4DW1258 and 4KM8439) to Screenmobile as required by Sections 16(B)(5) and 16(G) of the parties' Franchise Agreement. The monetary amount owed by Defendant to Screenmobile pursuant to this Judgment will decrease by $1,000 per trailer following the assignment(s) to Screenmobile.

**IT IS SO ORDERED.**

Dated:   September 27, 2024

Hon. Dean D. Pregerson
United States District Judge

2
JUDGMENT